UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MACK SHELTON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | Case Nos. 3:92-CR-198-RLJ-DCP |
| | ) | 3:19-CV-447-RLJ-DCP |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the court is Defendant's Motion to Continue Deadline [Doc. 8], filed on March 11, 2020.

On January 10, 2020, the Court appointed CJA Attorney Ruth Ellis to represent Defendant Shelton for the purposes of his claim under *United States v. Davis*, -- U.S. --, 139 S. Ct. 2319 (2019), in connection with his § 2255 motion. [Doc. 6]. The Court ordered Attorney Ellis to review the facts of Defendant's case and file a *Davis* supplement, if necessary, to Defendant's pro se § 2255 motion within thirty days. [*Id.*].

Attorney Ellis now seeks [Doc. 8] a forty-five-day extension of time to review Defendant's case and file a *Davis* supplement, if necessary. Based upon the lack of opposition from the Government, Defendant's Motion to Continue Deadline [**Doc. 8**] is **GRANTED**, and Attorney Ellis will have **forty-five days** from the date of entry of this Order in which to either file a *Davis* supplement or state why such a supplement is not necessary. The Government **SHALL** then

supplement its response [Doc. 29 in 3:92-cr-198] within **thirty (30) days** of the filing of any *Davis* supplement.

    **IT IS SO ORDERED.**

    ENTER:

_____
Debra C. Poplin
United States Magistrate Judge